**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Elizabeth RIVERA, Petitioner**

**No. 852 MAL 2016**

Supreme Court of Pennsylvania.

June 1, 2017

## ORDER

PER CURIAM

**AND NOW**, this 1st day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Dana HARRIS, Petitioner**

**No. 489 EAL 2016**

Supreme Court of Pennsylvania.

June 1, 2017

## ORDER

PER CURIAM

**AND NOW**, this 1st day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Bilaal POWELL, Petitioner**

**No. 503 EAL 2016**

Supreme Court of Pennsylvania.

June 1, 2017

## ORDER

PER CURIAM

**AND NOW**, this 1st day of June, 2017, the Petition for Allowance of Appeal is **DENIED.**